BARACK FERRAZZANO
  KIRSCHBAUM & NAGELBERG LLP
Robert E. Shapiro (*Pro Hac Vice* to be submitted)
Email:       rob.shapiro@bfkn.com
200 W. Madison Street
Chicago, Illinois 60606
Telephone: (312) 984-3100
Facsimile:  (312) 984-3150

STEPTOE & JOHNSON LLP
Mark A. Neubauer (SBN 73728)
Email:       mneubauer@steptoe.com
Dylan Ruga (SBN 235969)
Email:       druga@steptoe.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone: (310) 734-3200
Facsimile:  (310) 734-3300

Attorneys for Defendant
PIERRE FABRE DERMATOLOGIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| STIEFEL LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PIERRE FABRE DERMATOLOGIE, a French corporation; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: C08-4764RS <br><br> [~~PROPOSED~~] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT TO ALLOW FOR SETTLEMENT MEETING |

[~~PROPOSED~~] ORDER STIP. TO FURTHER EXTEND TIME TO RESPOND TO THE COMPLAINT
Case No. C08-4764RS

Doc. # CC-195737 v.1

1  BASED ON THE STIPULATION BETWEEN THE PARTIES, the date for
2  Defendant to file a responsive pleading from shall be extended November 21, 2008
3  to January 9, 2009.
4  **IT IS SO ORDERED.**
5
6  DATED this  26th  day of  November , 2008.
7
8  _____
9  Hon. Richard Seeborg
10  United States Magistrate Judge

[~~PROPOSED~~] ORDER STIP. TO FURTHER EXTEND TIME TO RESPOND TO THE COMPLAINT
Case No. C08-4764RS

Doc. # CC-195737 v.1