1  BARACK FERRAZZANO
      KIRSCHBAUM & NAGELBERG LLP
2  Robert E. Shapiro (*Pro Hac Vice* to be submitted)
3  Email:      rob.shapiro@bfkn.com
   200 W. Madison Street
4  Chicago, Illinois 60606
   Telephone: (312) 984-3100
5  Facsimile:  (312) 984-3150

6
   STEPTOE & JOHNSON LLP
7  Mark A. Neubauer (SBN 73728)
   Email:      mneubauer@steptoe.com
8  Dylan Ruga (SBN 235969)
   Email:      druga@steptoe.com
9  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067-5052
10 Telephone: (310) 734-3200
   Facsimile:  (310) 734-3300
11

12 Attorneys for Defendant
   PIERRE FABRE DERMATOLOGIE
13

*E-FILED 1/8/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| STIEFEL LABORATORIES, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>PIERRE FABRE DERMATOLOGIE, a French corporation; and DOES 1-50, inclusive,<br><br>  Defendants. | Case No.: C08-4764RS<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT TO ALLOW FOR SETTLEMENT MEETING** |

1  BASED ON THE STIPULATION BETWEEN THE PARTIES, the date for
2  Defendant to file a responsive pleading from January 9, 2009 shall be extended to
3  January 30, 2009.

4  **IT IS SO ORDERED.**
5

6  DATED this  8th  day of  January , 2009.
7
8
9                                               _____
                                                Hon. Richard Seeborg

[~~PROPOSED~~] ORDER STIP. TO FURTHER EXTEND TIME TO RESPOND TO THE COMPLAINT
Case No. C08-4764RS

Doc. # CC-197565 v.1