1  Joseph D. Miller    State Bar No. 109032
   Leslie J. Mann      State Bar No. 95467
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone:    415.398.3500
4  Facsimile:    415.398.0955
   jmiller@ebglaw.com
5  lmann@ebglaw.com

6  Attorneys for Plaintiff and Counter-defendant
   Stiefel Laboratories, Inc.
7
   Mark A. Neubauer (SBN 73727)
8  Email: mneubauer@steptoe.com
   Dylan Ruga (SBN 235969)
9  Email: druga@steptoe.com
   STEPTOE & JOHNSON LLP
10 2 12 1 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067-5052
11 Ph: 310.734.3200
   Fax: 310.734.3300
12
   Attorneys for Defendant and Counter-Plaintiff
13 PIERRE FABRE DERMATOLOGIE

*E-FILED - 12/21/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| STIEFEL LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br>　v.<br>PIERRE FABRE DERMATOLOGIE,<br><br>　　　　　Defendants. | CASE NO. 5:08-cv-04764-RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| PIERRE FABRE DERMATOLOGIE, a French corporation,<br><br>　　　　　Counterclaim/Plaintiff,<br>　v.<br>STIEFEL LABORATORIES, INC.,<br><br>　　　　　Counterclaim/Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through Plaintiff/Counter-Defendant Stiefel Laboratories, Inc. ("Stiefel") and Defendant/Counter-Plaintiff Pierre Fabre Dermatologie ("Pierre Fabre"), by and through their respective counsel, that

1. The instant action, including all counterclaims, shall be dismissed in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2);

2. Each party bears its own costs and attorneys' fees incurred in this action.

IT IS SO STIPULATED.

DATED: December 7, 2009

EPSTEIN BECKER & GREEN, P.C.

By: _____
Joseph D. Miller
Leslie J. Mann
Attorneys for Plaintiff and Counter-Defendant
Stiefel Laboratories, Inc.

DATED: December 7, 2009

STEPTOE & JOHNSON LLP

By: _____
Mark A. Neubauer
Dylan Ruga
Attorneys for Defendant
PIERRE FABRE DERMATOLOGIE

IT IS SO ORDERED.

DATED: 12/21/09

*Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE

SF:617675v1

- 2 -

Stipulation for Dismissal With Prejudice; Order
Case No. 5:08-cv-04764